211 So.2d 334

**STATE of Louisiana ex rel. Albin P. LASSITER, District Attorney**

**v.**

**Hayes GENTRY.**

**No. 49345.**

June 28, 1968.

In re: Hayes Gentry applying for writs of certiorari.

Writ refused. There is no error of law in the ruling complained of.

211 So.2d 334

**Mrs. Renee G. LIEBENDORFER**

**v.**

**James F. GAYLE.**

**No. 49327.**

June 28, 1968.

In re: Mrs. Renee G. Liebendorfer, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 210 So.2d 120.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.